IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>This Document Relates to:<br><br>*Giangiulio v. Smith & Nephew, Inc.*,<br>No. 1:19-cv-01276<br><br>*Strader v. Smith & Nephew, Inc.*,<br>No. 1:18-cv-01535 |

**ORDER**

Upon consideration of Defendant Smith & Nephew, Inc.'s Motion for Leave to Exceed Page Limits for Summary Judgment Memoranda and Request for Expedited Consideration, the Plaintiffs' Response, and the entire record herein, it is, this __2nd__ day of December, 2021, hereby

ORDERED, that Defendant's Motion is GRANTED, and Smith & Nephew, Inc. may file memoranda in support of its motion for summary judgment in the *Strader* and *Giangiulio* cases of up to 45 pages in length, and Plaintiffs may file memoranda in opposition to these motions of up to 45 pages in length. Future requests to exceed page limits must be submitted at least two weeks in advance of the filing deadline.

/S/ CCB
Catherine C. Blake
United States District Judge